**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com
Helen K. Santilli – 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MARTIN ANDREW TARADEJNA, | No. 2:23-bk-04171-BKM |
| Debtor. | Adv. No. 2:24-ap-00239-BKM |
| ERIC M. HALEY, CHAPTER 7 TRUSTEE, | **CERTIFICATE OF INSUFFICIENT FUNDS** |
| Plaintiff, | |
| vs. | |
| CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP, an Illinois limited liability company; PLATFORM II LAWNDALE LLC, dba ONE STOP SELF STORAGE CHICAGO, an Illinois limited liability company; CODA HOLDING LLC, an Illinois limited liability company; CODA HOLDING II LLC, an Illinois limited liability company; CODA HOLDING III, LLC, an Illinois limited liability company; CODA HOLDING IV LLC, an Illinois limited liability company; CHIW LLC, an Illinois limited liability company; PLATFORM II WISCONSIN LLC, a Wisconsin limited liability company; PLATFORM, II SUPERIOR LLC, an Illinois limited liability company; PLATFORM III – FLOYD LLC dba ONE STOP SELF STORAGE LOUISVILLE, an Illinois limited liability company; PLATFORM III THIRD LLC dba ONE STOP SELF STORAGE - THIRD, an Illinois limited liability company; | |

| | |
|---|---|
| 1 | PLATFORM III LANSING LLC dba One Stop Self Storage Lansing, LLC, an Illinois limited liability company; CODA OPPORTUNITY FUND LLC, an Illinois limited liability company; CODA OPPORTUNITY FUND II, LLC, an Illinois limited liability company; SCOTT KRONE, a married man; and JAMES LEHMANN, a married man, |
| 6 | Defendants. |

Eric M. Haley, Trustee and Plaintiff herein, by and through undersigned counsel, hereby certifies that insufficient funds exist in this Estate with which to pay the filing fee required to file an adversary complaint. When and if the funds become available, the filing fee will be paid.

DATED: October 29, 2024

**LANE & NACH, P.C.**

By /s/ Helen K. Santilli
Stuart B. Rodgers
Helen K. Santilli
*Attorney for Plaintiff*