**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com
Helen K. Santilli – 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MARTIN ANDREW TARADEJNA, | No. 2:23-bk-04171-BKM |
| Debtor. | Adv. No. 2:24-ap-00239-BKM |
| ERIC M. HALEY, CHAPTER 7 TRUSTEE, | **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |
| Plaintiff, | |
| vs. | |
| CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP, an Illinois limited liability company; PLATFORM II LAWNDALE LLC, dba ONE STOP SELF STORAGE CHICAGO, an Illinois limited liability company; CODA HOLDING LLC, an Illinois limited liability company; CODA HOLDING II LLC, an Illinois limited liability company; CODA HOLDING III, LLC, an Illinois limited liability company; CODA HOLDING IV LLC, an Illinois limited liability company; CHIW LLC, an Illinois limited liability company; PLATFORM II WISCONSIN LLC, a Wisconsin limited liability company; PLATFORM, II SUPERIOR LLC, an Illinois limited liability company; PLATFORM III – FLOYD LLC dba ONE STOP SELF STORAGE LOUISVILLE, an Illinois limited liability company; PLATFORM III THIRD LLC dba ONE STOP SELF STORAGE - THIRD, an Illinois limited liability company; PLATFORM III LANSING LLC dba One Stop Self Storage Lansing, LLC, an | |

Illinois limited liability company; CODA OPPORTUNITY FUND LLC, an Illinois limited liability company; CODA OPPORTUNITY FUND II, LLC, an Illinois limited liability company; SCOTT KRONE, a married man; and JAMES LEHMANN, a married man,

Defendants.

I, Aimee Bourassa, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, and in accordance with Federal Rules of Bankruptcy Procedure 7004 and 7005, hereby certify that on October 30, 2024, I caused to be deposited with the United States Post Office by certified and first-class mail, postage prepaid, the Summons and the Complaint and such documents were addressed as follows:

CHIW, LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

Levin Ginsburg
180 N. La Salle St., Ste. 3200
Chicago, IL 60601-2800
*Statutory Agent*

CODA DESIGN + BUILD, LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

Jeff Galkin
180 N. La Salle St., Ste. 2750
Chicago, IL 60601-2713
*Statutory Agent*

CODA HOLDING II LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

Rock Fusco and Connelly LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654-4614
*Statutory Agent*

CODA HOLDING III LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

CODA HOLDING LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

CODA HOLDING IV LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

PLATFORM II LAWNDALE LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

PLATFORM II SUPERIOR LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

PLATFORM II – WISCONSIN, LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

PLATFORM III THIRD LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

PLATFORM III FLOYD LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

PLATFORM III LANSING LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

CODA OPPORTUNITY FUND LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

Scott Krone
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant/Member*

CODA OPPORTUNITY FUND II LLC
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant*

James Lehmann
600 Waukegan Rd, Ste. 129
Northbrook, IL 60062
*Defendant/Member*

DATED: October 30, 2024.

*/s/ Aimee Bourassa*
Aimee Bourassa