FORM VAN–AD011
REVISED 08/21/2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:23–bk–04171–BKM |
| MARTIN ANDREW TARADEJNA<br>*Debtor(s)* | Chapter: 7 |

| | |
|---|---|
| ERIC M. HALEY<br>*Plaintiff(s)* | Adversary No.: 2:24–ap–00239–BKM |
| v. | |
| CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP, an Illinois limited liability company et al.<br>*Defendant(s)* | |

# ORDER RE: POTENTIAL DISMISSAL

This case may be dismissed for the following reasons (only checked boxes apply):

☑ There having been no proceedings for 6 or more months in the above captioned adversary proceeding, IT IS ORDERED that the parties to this action file a request for a status hearing at which good cause must be shown why this adversary proceeding should not be dismissed for want of prosecution. F.R.Civ.P. 41(b) as incorporated by FRBP 7041. Any request for a status hearing shall be filed no later than 21 days from the date of this order. If no such request is timely filed, this proceeding shall be dismissed for want of prosecution.

☐ The clerk entered a default, pursuant to F.R.Civ.P. 55(a) as incorporated by FRBP 7055, 6 or more months ago in the above captioned adversary proceeding. IT IS ORDERED that a motion for entry of default judgment shall be filed no later than 21 days from the date of this order. If appropriate, a form of judgment may be uploaded when the motion is filed. If the motion for entry of default judgment is not timely filed, then this proceeding shall be dismissed for want of prosecution.

☐ No proof of service of the summons and complaint has been filed. Therefore, it appears that the plaintiff has failed to make service within 90 days after the filing of the complaint. IT IS ORDERED that the above-captioned adversary will be dismissed unless the plaintiff files a motion for an extension of time to make service setting forth good cause why service has not been made and submits a form of order granting the extension. F.R.Civ.P. 4(m) as incorporated by FRBP 7004(a)(1). The motion and form of order shall be submitted within 21 days of the date of this order.

☐ The above captioned adversary proceeding has been filed in a case which has been dismissed or closed. IT IS ORDERED that no further action will be taken until the case is reopened or reinstated. If a motion to reopen or to reinstate is not filed within thirty days of the date of this order, this adversary proceeding shall be dismissed.

– – – ORDER CONTINUES ON NEXT PAGE – – –

Date: May 5, 2025					BY THE COURT

Address of the Bankruptcy Clerk's Office:			**Honorable Brenda K. Martin**
U.S. Bankruptcy Court, Arizona				United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov