# Notice Recipients

District/Off: 0970–2   User: admin   Date Created: 5/5/2025
Case: 2:24–ap–00239–BKM   Form ID: vanad011   Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft   CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP, an Illinois limited liability company
dft   PLATFORM II LAWNDALE LLC, dba ONE STOP SELF STORAGE CHICAGO, an Illinois limited liability company
dft   CODA HOLDING LLC, an Illinois limited liability company
dft   CODA HOLDING II LLC, an Illinois limited liability company
dft   CODA HOLDING III, LLC, an Illinois limited liability company
dft   CODA HOLDING IV LLC, an Illinois limited liability company
dft   CHIW LLC, an Illinois limited liability company
dft   PLATFORM II WISCONSIN LLC, a Wisconsin limited liability company
dft   PLATFORM, II SUPERIOR LLC, an Illinois limited liability company
dft   PLATFORM III FLOYD LLC dba ONE STOP SELF STORAGE LOUISVILLE, an Illinois limited liability company
dft   PLATFORM III THIRD LLC dba ONE STOP SELF STORAGE – THIRD, an Illinois limited liability company
dft   PLATFORM III LANSING LLC dba One Stop Self Storage Lansing, LLC, an Illinois limited liability company
dft   CODA OPPORTUNITY FUND LLC, an Illinois limited liability company
dft   CODA OPPORTUNITY FUND II, LLC, an Illinois limited liability company
dft   SCOTT KRONE, a married man
dft   JAMES LEHMANN, a married man

TOTAL: 16

**Recipients of Notice of Electronic Filing:**
aty   Helen K. Santilli   Helen.Santilli@Lane–Nach.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   ERIC M. HALEY   C/O LANE & NACH, P.C.   2001 E. CAMPBELL AVE.   SUITE 103   PHOENIX, AZ 85016

TOTAL: 1