**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com
Helen K. Santilli – 032441
Email: helen.santilli@lane-nach.com

OF COUNSEL
TERRY A. DAKE, LTD.
P.O, Box 26945
Phoenix, AZ 85068-6945
Telephone No.: 602-710-1005
Terry A. Dake, SBA 009656
Email: tdake@cox.net

*Attorneys for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MARTIN ANDREW TARADEJNA, | No. 2:23-bk-04171-BKM |
| Debtor. | Adv. No. 2:24-ap-00239-BKM |
| ERIC M. HALEY, CHAPTER 7 TRUSTEE, | **VOLUNTARY DISMISSAL** |
| Plaintiff, | |
| vs. | |
| CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP, an Illinois limited liability company; PLATFORM II LAWNDALE LLC, dba ONE STOP SELF STORAGE CHICAGO, an Illinois limited liability company; CODA HOLDING LLC, an Illinois limited liability company; CODA HOLDING II LLC, an Illinois limited liability company; CODA HOLDING III, LLC, an Illinois limited liability company; CODA HOLDING IV LLC, an Illinois limited liability company; CHIW LLC, an Illinois limited liability company; PLATFORM II WISCONSIN LLC, a Wisconsin limited liability company; | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | PLATFORM, II SUPERIOR LLC, an Illinois limited liability company; PLATFORM III – FLOYD LLC dba ONE STOP SELF STORAGE LOUISVILLE, an Illinois limited liability company; PLATFORM III THIRD LLC dba ONE STOP SELF STORAGE - THIRD, an Illinois limited liability company; PLATFORM III LANSING LLC dba One Stop Self Storage Lansing, LLC, an Illinois limited liability company; CODA OPPORTUNITY FUND LLC, an Illinois limited liability company; CODA OPPORTUNITY FUND II, LLC, an Illinois limited liability company; SCOTT KRONE, a married man; and JAMES LEHMANN, a married man,<br><br>                    Defendants. |

The plaintiff dismisses this adversary proceeding pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Bankruptcy Rule 7041.

**DATED** May 7, 2025

        **NACH, RODGERS, HILKERT & SANTILLI.**

        By _/s/TD009656_
           Of Counsel
           Terry A. Dake
           **TERRY A. DAKE, LTD**
           P.O. Box 26945
           Phoenix, AZ  85068-6945
           Attorney for Trustee