United States Bankruptcy Court
District of Arizona

HALEY,
    Plaintiff

Adv. Proc. No. 24-00239-BKM

CODA DESIGN + BUILD, LLC dba CODA MANAGE,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 2
Date Rcvd: May 05, 2025      Form ID: vanad011      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | ERIC M. HALEY, C/O LANE & NACH, P.C., 2001 E. CAMPBELL AVE., SUITE 103, PHOENIX, AZ 85016-5573 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | CHIW LLC, an Illinois limited liability company |
| dft | | CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP |
| dft | | CODA HOLDING II LLC, an Illinois limited liabilit |
| dft | | CODA HOLDING III, LLC, an Illinois limited liabil |
| dft | | CODA HOLDING IV LLC, an Illinois limited liabilit |
| dft | | CODA HOLDING LLC, an Illinois limited liability c |
| dft | | CODA OPPORTUNITY FUND II, LLC, an Illinois limite |
| dft | | CODA OPPORTUNITY FUND LLC, an Illinois limited li |
| dft | | JAMES LEHMANN, a married man |
| dft | | PLATFORM II WISCONSIN LLC, a Wisconsin limited l |
| dft | | PLATFORM II LAWNDALE LLC, dba ONE STOP SELF STORAG |
| dft | | PLATFORM III FLOYD LLC dba ONE STOP SELF STORAGE |
| dft | | PLATFORM III LANSING LLC dba One Stop Self Storage |
| dft | | PLATFORM III THIRD LLC dba ONE STOP SELF STORAGE - |
| dft | | PLATFORM, II SUPERIOR LLC, an Illinois limited li |
| dft | | SCOTT KRONE, a married man |

TOTAL: 16 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Helen K. Santilli | on behalf of Plaintiff ERIC M. HALEY Helen.Santilli@Lane-Nach.com aimee.bourassa@nrhslaw.com,danica.acosta@nrhslaw.com,docket@nrhslaw.com,kay.lucas@nrhslaw.com |

TOTAL: 1

FORM VAN−AD011
REVISED 08/21/2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:23−bk−04171−BKM |
| MARTIN ANDREW TARADEJNA | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| ERIC M. HALEY | Adversary No.: 2:24−ap−00239−BKM |
| *Plaintiff(s)* | |
| v. | |
| CODA DESIGN + BUILD, LLC dba CODA MANAGEMENT GROUP, an Illinois limited liability company et al. | |
| *Defendant(s)* | |

# ORDER RE: POTENTIAL DISMISSAL

This case may be dismissed for the following reasons (only checked boxes apply):

☑ There having been no proceedings for 6 or more months in the above captioned adversary proceeding, IT IS ORDERED that the parties to this action file a request for a status hearing at which good cause must be shown why this adversary proceeding should not be dismissed for want of prosecution. F.R.Civ.P. 41(b) as incorporated by FRBP 7041. Any request for a status hearing shall be filed no later than 21 days from the date of this order. If no such request is timely filed, this proceeding shall be dismissed for want of prosecution.

☐ The clerk entered a default, pursuant to F.R.Civ.P. 55(a) as incorporated by FRBP 7055, 6 or more months ago in the above captioned adversary proceeding. IT IS ORDERED that a motion for entry of default judgment shall be filed no later than 21 days from the date of this order. If appropriate, a form of judgment may be uploaded when the motion is filed. If the motion for entry of default judgment is not timely filed, then this proceeding shall be dismissed for want of prosecution.

☐ No proof of service of the summons and complaint has been filed. Therefore, it appears that the plaintiff has failed to make service within 90 days after the filing of the complaint. IT IS ORDERED that the above−captioned adversary will be dismissed unless the plaintiff files a motion for an extension of time to make service setting forth good cause why service has not been made and submits a form of order granting the extension. F.R.Civ.P. 4(m) as incorporated by FRBP 7004(a)(1). The motion and form of order shall be submitted within 21 days of the date of this order.

☐ The above captioned adversary proceeding has been filed in a case which has been dismissed or closed. IT IS ORDERED that no further action will be taken until the case is reopened or reinstated. If a motion to reopen or to reinstate is not filed within thirty days of the date of this order, this adversary proceeding shall be dismissed.

− − − ORDER CONTINUES ON NEXT PAGE − − −

Date: May 5, 2025  BY THE COURT

Address of the Bankruptcy Clerk's Office:  **Honorable Brenda K. Martin**
U.S. Bankruptcy Court, Arizona  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov